AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Christopher Hunlock,<br><br>*Plaintiff(s)*<br>v.<br>A2B Taxi, LLC and Everald Gilliard, in his individual capacity,<br><br>*Defendant(s)* | Civil Action No. 18cv11165 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  A2B Taxi LLC
　　　　　　　　　　　　　　　　　　5179 Main Street
　　　　　　　　　　　　　　　　　　South Fallsburg, New York  12779

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nathaniel K. Charny
　　　　　　　　　　　　　　　　　　Charny & Wheeler
　　　　　　　　　　　　　　　　　　9 West Market Street
　　　　　　　　　　　　　　　　　　Rhinebeck, New York  12572

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 3, 2018

/s/ S. James
*Signature of Clerk or Deputy Clerk*

